IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN PIERRE MARTIN FRANCIS,
    Plaintiff,

vs.                                                                    Case No.: 3:14cv410/LAC/EMT

THOMAS MULLAGANERI,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated September 23, 2014, Plaintiff was given thirty (30) days in which to file an amended complaint and to submit a complete motion to proceed in forma pauperis or pay the filing fee (*see* doc. 6).  Plaintiff failed to respond to the order; therefore, on November 3, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for the failure to comply with an order of the court (doc. 8).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint, submit a motion to proceed in forma pauperis, pay the filing, or show cause for his failure to do so.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 12th day of December 2014.


                  /s/ *Elizabeth M. Timothy*
                  **ELIZABETH M. TIMOTHY**
                  **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**